IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PINPOINT INCORPORATED, <br><br> Plaintiff, <br><br> v. <br><br> HOTWIRE, INC., <br><br> Defendant. | Civil Action No. 1:11-cv-05597 <br><br> Honorable John F. Grady <br> Mag. Judge Denlow |

# NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Wednesday, April 10, 2012, at 11:00 a.m.**, Plaintiff, Pinpoint Incorporated, shall appear before the Honorable Judge John F. Grady, in the courtroom usually occupied by him, **Room 2201**, in the Dirksen Federal Building, and then and there present the **Plaintiff's Motion For Entry Of Scheduling Order** submitted herewith.

Respectfully submitted,

/s/ Brian E. Haan
Raymond P. Niro
Paul K. Vickrey
Patrick F. Solon
Paul C. Gibbons
David J. Mahalek
Brian E. Haan
Oliver D. Yang
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax: (312) 236-3137
rniro@nshn.com
vickey@nshn.com
solon@nshn.com
gibbons@nshn.com
mahalek@nshn.com

bhaan@nshn.com
oyang@nshn.com

*Attorneys for Pinpoint Incorporated*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 8, 2013 the foregoing:

## **NOTICE OF MOTION**

was filed with the Clerk of Court pursuant the Court's CM/ECF procedures. The foregoing was also served upon the following counsel of record via electronic transmission.

>Kalpesh K. Shah
>kshah@thompsoncoburn.com
>Emily L. Peel
>epeel@thompsoncoburn.com
>Adam Wolek
>awolek@thompsoncoburn.com
>THOMPSON COBURN LLP
>55 East Monroe Street
>37th Floor
>Chicago, IL 60603
>(312) 346-7500
>
>*Attorneys for Hotwire, Inc.*

I certify that all parties in this case are represented by counsel who are CM/ECF participants.


>/s/ Brian E. Haan
>Attorneys for Pinpoint Incorporated
>NIRO, HALLER & NIRO