IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PINPOINT INCORPORATED,<br><br>                    Plaintiff,<br><br>    v.<br><br>HOTWIRE, INC.,<br><br>                    Defendant. | Civil Action No. 1:11-cv-05597<br><br>Honorable John F. Grady<br>Mag. Judge Denlow |

## AMENDED NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Wednesday, April 10, 2013, at 11:00 a.m.**, Plaintiff, Pinpoint Incorporated, shall appear before the Honorable Judge John F. Grady, in the courtroom usually occupied by him, **Room 2201**, in the Dirksen Federal Building, and then and there present the **Plaintiff's Motion For Entry Of Scheduling Order** submitted herewith.

                                              Respectfully submitted,

                                              /s/ Brian E. Haan
                                              Raymond P. Niro
                                              Paul K. Vickrey
                                              Patrick F. Solon
                                              Paul C. Gibbons
                                              David J. Mahalek
                                              Brian E. Haan
                                              Oliver D. Yang
                                              NIRO, HALLER & NIRO
                                              181 W. Madison, Suite 4600
                                              Chicago, IL 60602
                                              (312) 236-0733
                                              Fax: (312) 236-3137
                                              rniro@nshn.com
                                              vickey@nshn.com
                                              solon@nshn.com
                                              gibbons@nshn.com
                                              mahalek@nshn.com

bhaan@nshn.com
oyang@nshn.com

*Attorneys for Pinpoint Incorporated*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 8, 2013 the foregoing:

**NOTICE OF MOTION**

was filed with the Clerk of Court pursuant the Court's CM/ECF procedures.  The foregoing was also served upon the following counsel of record via electronic transmission.

> Kalpesh K. Shah
> kshah@thompsoncoburn.com
> Emily L. Peel
> epeel@thompsoncoburn.com
> Adam Wolek
> awolek@thompsoncoburn.com
> THOMPSON COBURN LLP
> 55 East Monroe Street
> 37th Floor
> Chicago, IL  60603
> (312) 346-7500
>
> *Attorneys for Hotwire, Inc.*

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

> /s/ Brian E. Haan
> Attorneys for Pinpoint Incorporated
> NIRO, HALLER & NIRO