IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PINPOINT INCORPORATED,<br><br>              Plaintiff,<br><br>v.<br><br>HOTWIRE, INC.,<br><br>              Defendant. | Civil Action No. 1:11-cv-05597<br><br>Honorable John F. Grady<br>Mag. Judge Denlow |

## SCHEDULING ORDER

The Court, having considered the parties oral requests at the April 10, 2013 status hearing, as well as the arguments of counsel for the parties and such other matters as the Court deemed appropriate, allowed for limited document production related to claim construction and sufficient to show the operation of specifically identified accused instrumentalities of Hotwire's website, as agreed upon by the parties, prior to further *Markman* proceedings, and per the parties mutual agreement upon meeting and conferring after the April 10, 2013 status hearing,

**HEREBY ORDERS** that this case will proceed with the following schedule adopting only the expressly-identified Local Patent Rule events:

| Event | Date |
|---|---|
| Hotwire to provide disclosures, to the extent applicable, regarding customer accounts, profiles for its customers, how Hotwire uses information it collects on individual customers to provide offers to those individual customers, and how Hotwire selects email offers for those specific customers. | May 17, 2013 |
| Pinpoint to confirm whether it intends to proceed with the litigation; if Pinpoint seeks to proceed, Pinpoint will identify, and the Parties will meet and confer regarding the accused instrumentalities and the sufficiency of Hotwire's production thereto | May 31, 2013 |
| Hotwire to provide additional agreed upon disclosures, if necessary, to sufficiently demonstrate the operation of the specifically identified | June 14, 2013 |

| Event | Date |
|---|---|
| accused instrumentalities (LPR 2.1(b)(1)) | |
| Pinpoint to provide initial infringement contentions (LPR 2.2) | June 28, 2013 |
| Hotwire to provide initial prior art disclosure (reserving all rights) (LPR 2.1(b)(2)) | July 12, 2013 |
| Exchange of Proposed Claim Terms To Be Construed Along With Proposed Constructions (LPR 4.1) | July 19, 2013 |
| Meet and Confer to agree upon no more than ten (10) terms or phrases to submit for construction by the Court (LPR 4.1(b)) | July 26, 2013 |
| Opening Claim Construction Brief by party opposing infringement (LPR 4.2(a)); Joint Appendix (LPR 4.2(b)) | August 27, 2013 |
| Responsive Claim Construction Brief by party claiming infringement (LPR 4.2(c)) | September 30, 2013 |
| Reply Claim Construction Brief by party opposing infringement (LPR 4.2(d)) | October 18, 2013 |
| Joint Claim Construction Chart and Status Report (LPR 4.2(f)) | October 25, 2013 |
| Claim Construction Hearing (LPR 4.3) | [TBD by Court] |

As discussed in open court at the April 10, 2013 status hearing, full fact discovery will not commence at this time. Instead, the parties will proceed per the above Event schedule.

**IT IS SO ORDERED.**

Dated: April 17, 2013

Honorable John F. Grady
United States District Court Judge