IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PINPOINT INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>HOTWIRE, INC.,<br><br>Defendant. | Civil Action No. 1:11-cv-05597<br><br>Honorable John F. Grady |

## SCHEDULING ORDER

THIS MATTER coming before this Court on the parties' Unopposed Motion to Extend Case Schedule, having considered the motion, the Court finds it well taken and therefore,

IT IS HEREBY ORDERED that the parties' motion is granted, and the modified dates set forth below are adopted by the Court. **These dates will not be extended**.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Hotwire to provide additional agreed upon disclosures, if necessary, to sufficiently demonstrate the operation of the specifically identified accused instrumentalities (LPR 2.1(b)(1)) | June 14, 2013 | July 24, 2013 |
| Pinpoint to provide initial infringement contentions (LPR 2.2) | June 28, 2013 | August 7, 2013 |
| Hotwire to provide initial prior art disclosure (reserving all rights) (LPR 2.1(b)(2)) | July 12, 2013 | August 21, 2013 |
| Exchange of Proposed Claim Terms To Be Construed Along With Proposed Constructions (LPR 4.1) | July 19, 2013 | August 28, 2013 |
| Meet and Confer to agree upon no more than ten (10) terms or phrases to submit for construction by the Court (LPR 4.1(b)) | July 26, 2013 | September 4, 2013 |
| Opening Claim Construction Brief by party opposing infringement (LPR 4.2(a)); Joint Appendix (LPR 4.2(b)) | August 27, 2013 | October 18, 2013 |

Case: 1:11-cv-05597 Document #: 119 Filed: 07/12/13 Page 2 of 2 PageID #:1929

| | | |
|---|---|---|
| Responsive Claim Construction Brief by party claiming infringement (LPR 4.2(c)) | September 30, 2013 | November 20, 2013 |
| Reply Claim Construction Brief by party opposing infringement (LPR 4.2(d)) | October 18, 2013 | December 11, 2013 |
| Joint Claim Construction Chart and Status Report (LPR 4.2(f)) | October 25, 2013 | December 18, 2013 |
| Claim Construction Hearing (LPR 4.3) | [TBD by Court] | January 8, 2014 |

SIGNED this 12th day of July, 2013.

_____
United States District Judge