## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Pinpoint

v.

Hotwire

Case No: 11C5597

Judge: John F. Grady

## **ORDER**

Motion hearing held. The plaintiff shall respond by to the defendant's motion for reconsideration [141] by August 6, 2014; the defendant shall reply by August 27, 2014.


Date: July 16, 2014

/s/ John F. Grady
United States District Court Judge


:010