# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Pinpoint Incorporated

                        Plaintiff,

v.                                           Case No.: 1:11−cv−05597
                                             Honorable Amy J. St. Eve

Hotwire, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 3, 2014:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 11/3/2014. Parties shall submit an agreed schedule for going forward which is consistent with the Local Patent rules by 11/7/14. Initial disclosures shall be exchanged by 11/10/14. Patent tutorial and questions session set for 12/8/2014 at 10:00 AM with each side allowed one hour. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.