IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PINPOINT INCORPORATED,<br><br>                             Plaintiff,<br><br>   v.<br><br>HOTWIRE, INC.,<br><br>                             Defendant. | Civil Action No. 1:11-cv-05597<br><br>Honorable Amy J. St. Eve<br>Mag. Judge Denlow |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Pinpoint Incorporated ("Pinpoint") and Defendant Hotwire, Inc. ("Hotwire") stipulate that all claims and counterclaims of Pinpoint against Hotwire and Hotwire against Pinpoint shall be dismissed with prejudice, and that Pinpoint and Hotwire shall each bear their own costs and attorneys' fees.

AGREED:

| | |
|---|---|
| Date: December 1, 2014 | Date: December 1, 2014 |
| */s/ Kal Shah*<br>Kal K. Shah<br>EDWARDS WILDMAN PALMER LLP<br>335 West Wacker Drive<br>Suite 3000<br>Chicago, IL 60606<br>(312) 201-2000<br>kshah@edwardswildman.com<br><br>Jennifer Lynn Dereka<br>EDWARDS WILDMAN PALMER LLP<br>750 Lexington Avenue<br>New York, NY 10022<br>(212) 912-2845<br>jdereka@edwardswildman.com<br><br>*Attorneys for Hotwire, Inc.* | */s/ Oliver D. Yang*<br>Paul K. Vickrey<br>Oliver D. Yang<br>NIRO, HALLER & NIRO<br>181 W. Madison, Suite 4600<br>Chicago, IL 60602<br>(312) 236-0733<br>Fax: (312) 236-3137<br>vickey@nshn.com<br>oyang@nshn.com<br><br>*Attorneys for Pinpoint Incorporated* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 1, 2014 the foregoing:

## STIPULATION OF DISMISSAL

was filed with the Clerk of Court pursuant to the Court's CM/ECF procedures, which will provide notice to the following counsel of record via electronic transmission.

>Kal K. Shah
>EDWARDS WILDMAN PALMER LLP
>335 West Wacker Drive
>Suite 3000
>Chicago, IL  60606
>(312) 201-2000
>kshah@edwardswildman.com
>
>Jennifer Lynn Dereka
>EDWARDS WILDMAN PALMER LLP
>750 Lexington Avenue
>New York, NY  10022
>(212) 912-2845
>jdereka@edwardswildman.com
>
>*Attorneys for Hotwire, Inc.*

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

>*/s/ Oliver D. Yang*
>Attorney for Pinpoint Incorporated
>NIRO, HALLER & NIRO